GEORGE JOSEPH C. DENNER, Respondent, v. ELSIE M. WOERFEL and Another, Appellants.— Judgment affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CHARLOTTE SUSSKIND, Appellant, v. SAMUEL D. DAVIS, Also Known as SAM D. DAVIS, and DAYROCK CONSTRUCTION COMPANY, a Corporation, Respondents. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ANNABELLE RUFFIN, Appellant, v. CARL PREIS, Respondent, Impleaded with Others.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CITY BANK FARMERS TRUST COMPANY (Formerly Known as THE FARMERS' LOAN AND TRUST COMPANY), Appellant, v. ARDLEA INCORPORATION and Another, Respondents, Impleaded with Others.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE BANK OF UNITED STATES, Appellant, v. GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of the NATIONAL SURETY COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JULIUS HERTEL, Appellant, v. LONG ISLAND RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN WALSH, Appellant, Impleaded with Another.— Judgment affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ANNIE KALISH, Appellant, v. HOWARD A. RAYMOND and Others, Defendants. GREGORY A. LEE, Receiver, Respondent.— Order modified by striking therefrom the item twenty-five dollars and sixty cents to cover premium for receiver's liability bond. Under the circumstances here presented, the plaintiff should pay the eleven dollars disbursed for qualifying bond. The order, as modified, is affirmed, without costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of JOHN FRANCIS MORAN, an Attorney.— Motion granted. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of TOBIAS E. PURCELL, an Attorney.— Motion granted. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of ROY V. PEEL, Individually and as Chairman of the City Fusion Party, and Others, against S. HOWARD COHEN and Others, Impleaded with ALEX KRAUT and Another. CITY CLUB OF NEW YORK and Others, and S. PHILIP COHEN.—Appeal transferred to the Second Department of this court for hearing and determination. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of NELLIE M. MAHANEY, Sole Surviving Executrix of the Last Will and Testament of JOHN WHALEN, Deceased.— Decree affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [146 Misc. 176.]